UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ANTHONY DEJUAN CHAVEZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:23-cv-01836-MPB-KMB |
| | ) |
| CHRIS DOURGTHY, | ) |
| SARAH BARKER, | ) |
| | ) |
| Defendants. | ) |

**FINAL JUDGMENT**

Consistent with today's entry, the Court enters final judgment in favor of Defendants and against Plaintiff. Plaintiff shall take nothing by way of his Complaint, and this action is dismissed with prejudice.

**IT IS SO ORDERED**.

Dated: March 4, 2024

Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Distribution:

ANTHONY DEJUAN CHAVEZ
40160-424
USMCFP
P O Box 4000
Springfield, MO 65801